UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HELLERVIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BACKBLAZE, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-03956-MEJ<br><br>**ORDER RE: MOTION FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 3 |

Plaintiff Scott Hellervik brings this putative class action against Defendant Backblaze, Inc., alleging Defendant fails to implement adequate security measures as part of its computer-data backup and recovery services.  Dkt. No. 1.  The day after filing his Complaint, Plaintiff filed a Motion for Class Certification, requesting the Court enter and continue the Motion until after completion of discovery on class-wide issues, at which time he states he will submit a more detailed memorandum of points and authorities.  Dkt. No. 3.  As Defendant has yet to appear in this case and Plaintiff's Motion contemplates briefing beyond that permitted under Civil Local Rule 7, Plaintiff's Motion is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: September 16, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge