| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | MICHAEL H. PAGE (SBN 154913) |
| 2 | mpage@durietangri.com |
| | 217 Leidesdorff Street |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-362-6666 |
| 4 | Facsimile: 415-236-6300 |
| 5 | Attorneys for Defendant |
| | BACKBLAZE, INC. |
| 6 | |
| 7 | LAW OFFICE OF SAMUEL LASSER |
| | SAMUEL LASSER (SBN 252754) |
| 8 | 1934 Divisadero Street |
| | San Francisco, CA 94115 |
| 9 | Telephone: 415-994-9930 |
| | Facsimile: 415-776-8047 |
| 10 | Email: samlasser@hotmail.com |

EDELSON P.C.
RAFEY S. BALABANIAN (*Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN HARRIS RICHMAN (*Pro Hac Vice*)
brichman@edelson.com
JAMES DOMINICK LARRY (*Pro Hac Vice*)
nlarry@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378

Attorneys for Plaintiff and the Putative Class

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT HELLERVIK, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-03956-MEJ |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | Ctrm: B – 15th Floor |
| BACKBLAZE, INC., a Delaware corporation, | Judge: Honorable Maria-Elena James |
| Defendant. | |

Pursuant to Civil Local Rule 6-1(a), Defendant Backblaze, Inc. ("Defendant") hereby submits the following stipulation between the parties in this action extending the time for Defendant to respond to Plaintiff Scott Hellervick's Class Action Complaint ("Complaint"):

WHEREAS, the Parties have mutually agreed to a thirty (30) day extension of time for Defendant to file a response to the Complaint; and

WHEREAS, this extension of time will not alter any event or deadline already fixed by Court order.

THEREFORE, it is hereby stipulated and agreed through counsel that the time in which Defendant may respond to the Complaint is extended for thirty (30) days. Defendant shall file its response to the Complaint on or before October 23, 2015.

Dated: September 16, 2015        DURIE TANGRI LLP

                                 By: _____*/s/ Michael H. Page*_____
                                         MICHAEL H. PAGE

                                 Attorneys for Defendant
                                 BACKBLAZE, INC.

Dated: September 16, 2015        EDELSON P.C.

                                 By: _____*/s/ Rafey S. Balabanian*_____
                                         RAFEY S. BALABANIAN

                                 Attorneys for Plaintiff
                                 and the Putative Class

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael H. Page, attest that concurrence in the filing of this document has been obtained.

Dated: September 16, 2015                            */s/ Michael H. Page*
                                                     MICHAEL H. PAGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Michael H. Page*
MICHAEL H. PAGE