Samuel M. Lasser (SBN – 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.212.9300
Fax: 415.373.9435

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT HELLERVIK, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> BACKBLAZE, INC., a Delaware corporation, <br><br> *Defendant.* | Case No. 3:15-cv-3956 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Hellervik ("Plaintiff"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Backblaze, Inc. ("Defendant"). In support of the instant notice, Plaintiff states as follows:

1. Plaintiff filed the instant action on August 28, 2015. (Dkt. 1.)

2. Fed R. Civ. P. 41(a)(1)(A) provides, in relevant part, that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3. Defendant has not filed an answer nor a motion for summary judgment in this action.

4. Accordingly, the action may be dismissed *without prejudice* and without an order of the Court.

Respectfully submitted,

**SCOTT HELLERVIK**, individually and on behalf of all others similarly situated,

Dated: October 21, 2015

By: /s/ Benjamin H. Richman
     One of Plaintiff's Attorneys

Samuel M. Lasser (SBN – 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.212.9300
Fax: 415.373.9435

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378